# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-50625
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Patricia Olivia Hernandez-Rivera,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-1306-1

———————————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Patricia Olivia Hernandez-Rivera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Rivera has not filed a response. We have reviewed counsel's brief and the relevant portions of the

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50625

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.